In the Matter of WINSTON F. C. GUEST, Appellant. BESSEMER TRUST COMPANY, as Cotrustee under an Indenture of Trust Made by WINSTON F. C. GUEST, Respondent; JAMES J. McDONOUGH, as Special Guardian for Infants, Respondent.

Argued October 18, 1955; decided November 23, 1955.

*Sol A. Rosenblatt* and *Charles Roden* for appellant.

*James J. McDonough,* special guardian for infants whose rights may be affected by this proceeding, respondent.

Order affirmed, with costs to the special guardian; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.